# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

### Eastern Division

**DENISE L. MOORE,**

        **Plaintiff,**

                                        **JUDGMENT IN A CIVIL CASE**

**vs.**

                                        **CASE NO.  C2-08-045**

**CITY OF COLUMBUS, et al.,**                **JUDGE EDMUND A. SARGUS, JR.**

                                        **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the Opinion and Order filed June 10, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 10, 2009                    JAMES BONINI, CLERK

                                  */S/ Andy F. Quisumbing*_____
                                  (By) Andy F. Quisumbing
                                   Courtroom Deputy Clerk